IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

VERNE R. YEARIAN,

    Plaintiff,

vs.

LEE RYKER, WEXFORD HEALTH CARE SERVICE, KAREN KAISER, NURSE DARNOLD and DR. JAMES FENOGLIO,

    Defendants.

Case No. 12-cv-323-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Lee Ryker, Wexford Health Care Service, Karen Kaiser, Nurse Darnold and Dr. James Fenoglio, and against Plaintiff Verne R. Yearian,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice as to all Defendants.

**DATED:** July 9, 2014      JUSTINE FLANAGAN, Acting Clerk of Court

                                                  By: *s/Brenda K. Lowe, Deputy Clerk*

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**